
PEB: USAO 2020R00225

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. GLR-20-091 |
| v. | (Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B); Forfeiture, 18 U.S.C. § 2253) |
| JAMES ROBERT WISSMANN, IV, | |
| Defendant. | |

FILED _____ ENTERED
LODGED _____ RECEIVED

MAR 9 2020

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

## INFORMATION

The United States Attorney for the District of Maryland charges that:

From on or about September 25, 2018, through on or about July 31, 2019, in the District of Maryland, the defendant,

**JAMES ROBERT WISSMANN, IV,**

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did possess and access with the intent to view a Samsung Galaxy S10, a Samsung S7 Edge, a Samsung Tablet, an HP Pavilion Laptop, an iPhone Model: A1428, and a PNY 16GB Flash Drive, that contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256
18 U.S.C. § 2

1

# FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. The allegations of Counts One of this Information are incorporated here.

2. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), as a result of the defendant's conviction under Count One of this Information.

## Child Pornography Forfeiture

3. As a result of the offenses set forth in Count One of the Information in this case, the defendant,

**JAMES ROBERT WISSMANN, IV,**

shall forfeit to the United States:

   a. Any visual depiction described in 18 U.S.C. §§ 2252 or 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses, including but not limited to the following:

   i. Samsung Galaxy S10 S/N: R38M10KRLKK

   ii. Samsung S7 Edge; S/N: RF8HB2XBQHK

   iii. Samsung Tablet, Model: SM-T377A, S/N: R52HA026M4A

   iv. HP Pavilion Laptop, S/N: 5CD54642GR;

v. iPhone Model: A1428, IMEI: 013437000201763; and

vi. PNY 16GB Flash Drive.

**Substitute Assets**

4. If any of the property described above, as a result of any act of omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. §§ 2253, 853, 2461(c)

Robert K. Hur
United States Attorney

Date: March 9, 2020